UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DEREK KIRK,

        Plaintiff,　　　　　　　　　　3:13-cv-00296-RCJ-WGC

  vs.

SERGEANT FOSTER, *et al.*,　　　　　　　　**ORDER**

        Defendants.

_____/

**Order Requiring Northern Nevada Correctional Center to Accept Delivery of One Compact Disc ("CD") and Provide Plaintiff with a Reasonable Opportunity to Review**

To: Warden Isidro Baca, Northern Nevada Correctional Center, Nevada Department of Corrections, P.O. Box 7000, Carson City, Nevada, 89702:

    IT IS ORDERED that one CD containing three video-clips of contacts between staff at the Washoe County Detention Facility and plaintiff Derek Kirk, inmate number 1109593, be accepted by Northern Nevada Correctional Center from the Washoe County District Attorney's Office.

    IT IS FURTHER ORDERED that the Washoe County District Attorney's Office shall contact the Warden's office prior to the CD being mailed to the Warden.

    IT IS FURTHER ORDERED that plaintiff Derek Kirk be permitted to review the CD and given a reasonably sufficient time to do so, to be scheduled at the discretion of Northern Nevada Correctional Center.

    Dated: January 13, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE**