UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEREK KIRK, | ) | 3:13-cv-00296-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 15, 2014 |
| SGT. FOSTER, et al., | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Vacate Scheduling Order. (Doc. #49.) Defendants seek an order vacating the Scheduling Order (Doc # 42) pending a decision on Plaintiff's Motion for Leave to File an Amended Complaint.

Defendants' motion (Doc. # 49) is **GRANTED** and the current scheduling order (Doc. # 42) is **VACATED.**  A new scheduling order will be addressed following screening of Plaintiff's proposed amended complaint.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
             Deputy Clerk