UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEREK KIRK, | ) | 3:13-cv-00296-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 15, 2014 |
| SGT. FOSTER, et al., | ) | |
| Defendants | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion requesting the court vacate its order (Doc. # 57)[1] and to send him copies of certain documents along with a copy of the docket. (Doc. # 62.) Plaintiff represents that after he was transferred to another prison facility, apparently twice, his property was in disarray, and that he has not received any mail from the court or defendants beyond Doc. # 50, except for Docs. ## 54 and 57. Plaintiff is advised he should not expect to receive free copies of the docket sheet and/or additional copies of court filings as a matter of course. However, in this instance, plaintiff's request shall be granted on a one-time basis.

The component of Plaintiff's motion (Doc. # 62) requesting copies is **GRANTED.** The Clerk of the Court is directed to send to Plaintiff a copy of the docket sheet in this matter and copies of Docs. ## 51, 52, 53, 55, 56, 59 and 60. The clerk shall also send to Plaintiff the USM-285 forms referred to in Doc. ## 57 and 60. Plaintiff shall have until Tuesday, December 30, 2014 to complete the USM-285 forms referred to in Docs. ## 57 and 60 and return them to the U.S. Marshal as directed in the orders.

The component of Plaintiff's motion (Doc. # 62) which seeks the court to vacate its order (Doc. # 57) is **DENIED.**

   IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
   Deputy Clerk

---

[1] Refers to court's docket number.