1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
   JENNIFER L. GUSTAFSON
3  Deputy District Attorney
   Nevada State Bar Number 12589
4  P.O. Box 11130
   Reno, NV  89520-0027
5  (775) 337-5700

6  ATTORNEYS FOR DEFENDANTS

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9                        * * *

10 DEREK KIRK,

11            Plaintiff,                    3:13-cv-00296-RCJ-WGC

12     vs.
                                            **STIPULATION FOR DISMISSAL**
13 SERGEANT FOSTER, *et. al.*,              **WITH PREJUDICE**

14            Defendants.

15 _____/

16

17     Come now plaintiff Derek Kirk and defendants Washoe County, Nevada, Deputy Scott

18 Butler, Deputy Clinton Swaim, Deputy Joey Lear, Deputy Chad Ross, Deputy Daniel Wheeler,

19 Deputy Robert Russo, Sergeant Kelle Seely, Lieutenant Wendy Leonard, Sergeant Brian Foster,

20 Deputy Mark Kester and Deputy Amy Youngblood, by and through counsel, Jennifer L.

21 Gustafson, Deputy District Attorney, and hereby stipulate to the dismissal of this action in its

22 entirely, and all claims against all defendants, with prejudice, pursuant to Fed.R.Civ.P. 41(a).

23 //

24 //

25 //

26 //

1       Each party shall bear their own attorney's fees and costs, except as specifically provided in the settlement agreement executed by the parties herein.

Dated this 22th day of September, 2015

*/s/ Derek Kirk*

DEREK KIRK (#1109593)
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070

PLAINTIFF, in proper person

Dated this 28th day of September, 2015

CHRISTOPHER J. HICKS
District Attorney

By: */s/ Jennifer L. Gustafson*
    JENNIFER L. GUSTAFSON
    Deputy District Attorney
    P.O. Box 11130
    Reno, Nevada 89520
    (775) 337-5700

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, I deposited for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing in an envelope addressed to the following:

Derek Kirk #1109593
High Desert State Prison
P.O. Box 650
Indian Springs, NV  89070

Dated:  October 16, 2015.

/s/ T. Galli
T. Galli